IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES F. TRAMBLY, <br><br> Plaintiffs, <br><br> vs. <br><br> THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, <br><br> Defendants. | 4:20CV3094 <br><br> **SECOND AMENDED FINAL PROGRESSION ORDER** |

THIS MATTER is before the Court on the parties' Joint Motion to Amend the Amended Final Progression Order.  (Filing No. 45.)  The motion is granted.  Accordingly,

IT IS ORDERED that the provisions of the Court's previous Final Progression Orders shall remain in effect, and in addition to those provisions, progression shall be amended as follows:

1) The trial and pretrial conference will not be set at this time.  The status conference previously scheduled for July 21, 2022, is canceled.  A status conference to discuss **case progression, the parties' interest in settlement, and the trial and pretrial conference settings** will be held with the undersigned magistrate judge by telephone on **September 15, 2022** at **1:00 p.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.  (Filing No. 31.)

2) The deadline for Plaintiff to submit final responses to written discovery served by Defendant under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **July 1, 2022**. Any motion to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **July 15, 2022**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **August 19, 2022**.

    a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 15.

    b. Depositions will be limited by Rule 30(d)(1).

4) The deadline for filing motions to dismiss and motions for summary judgment is **October 14, 2022**.

5)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **June 20, 2022**.

6)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of July, 2022.

                                                              BY THE COURT:

                                                               s/ Susan M. Bazis
                                                               United States Magistrate Judge