IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES F. TRAMBLY, | |
| Plaintiff, | 4:20-CV-3094 |
| vs. | JUDGMENT |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | |
| Defendant. | |

For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.

Dated this 27th day of March, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge